IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CODY MONAGHAN, MAGGIE MONAGHAN, and CHASE MONAGHAN,<br><br>         Plaintiffs,<br><br>vs.<br><br>GOLDEN BEAR INSURANCE COMPANY, a California insurance company,<br><br>         Defendant. | CV 24-198-BU-KLD<br><br>ORDER |

Plaintiffs Cody Monaghan, Maggie Monaghan, and Chase Monaghan have filed an unopposed motion, requesting that the Court dismiss this matter without prejudice with each side to bear its own costs and fees. (Doc. 15). Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 27th day of February, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1